E-FILED
Monday, 03 October, 2016 03:13:56 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

CHRISTopher Turner )
Plaintiff )
)
vs. )Case No. ________
)
C/O LArance 8-11-7ShiFT )
11-7 ShiF CommAnder ON )
9-30/10-1-16 )
)
Defendant(s) )

SCANNED at PCC and E-Mailed
10.03.16 (date) by [initials] (initials)
6 (# of pages)

## COMPLAINT

☑42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other

_______________________________________________

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Christopher Turner, and states as follows:

My current address is: PO BOX 99 PONTIAC CC (IDOC) PONTIAC IL 61764

The defendant C/O LArance, is employed as CORR OFFicer at PONTIAC CC

The defendant ________, is employed as ShiFT Commandr (11-7 ShiFT) at PONTIAC CC (IDOC)

The defendant ______________________, is employed as ______________________
______________________ at ______________________

The defendant ______________________, is employed as ______________________
______________________ at ______________________

(revised 9/96)

The defendant ______________________, is employed as ______________________
______________________ at ______________________

Additional defendants and addresses ______________________

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☒

If yes, please describe

______________________

______________________

______________________

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒ No ☐

C. If your answer to B is yes, how many? 1 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) Christopher Turner

Defendant(s) M. Spencer

______________________

2. Court (if federal court, give name of district; if state court, give name of county)

Livingston County

3. Docket Number/Judge

1:16-CV-01169-CBS Judge Harold A. Baker

4. Basic claim made

Cruel + Unusually Punishment / 8Th Amendment Volation

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing of lawsuit 5/2016

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☑ No ☐ If your answer is no, explain why not

C. Is the grievance process completed? Yes ☑ No ☐ IDOC D.D NOT Responds To my Grievance

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

SpringField D.D NOT Responds Just the warden saying it's NOT Emergency when it is

## STATEMENT OF CLAIM

Place of the occurrence PONTIAC CC (IDOC) SM-407

Date of the occurrence 10-1-16 SATURDAY MORNING Around 1:45 AM

Witnesses to the occurrence M. JONES (S-07310) (INMATE) NEXT DOOR NEHIBORH IN SM-408

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

(1) ON DATE + TIME ABOVE C/O LAZARZO ON 11-7 ShIFT COME TO MY CELL IN SM-407 and Threating TO COME IN MY CELL and KILL me BECAUSE I FILE A GRIEVANCE ON HIM FOR hARRSMENT ME BEFORE (2) he ALSO SAYS THAT BEFORE he KILLS me he TIE + handCUFF me TO The Shower BARS and USE The Leg IRONS and PUT IT Around my NECK and Choke-me UNTIL I TURN BLUE LEAVE me Their TO DIE SLOWLY (3) C/O LAZARZO KEEPS ON hARRSMENT me I ve done Everything I WAS SUPPOSE TO DO I FILE A GRIEVANCES I've ASK FOR EMERGENCY TRANSFER DUE TO MY SAFTEY IM SCARED + FEAR FOR MY LIFE!!!

CONT NEXT PAGE →

[signature]

10-1-16

(4)

I would Like To Be Transfer A.S.A.P Before C/O Lamorzo Kills me I Fear For my Life + Saftey I CAN't Sleep due To me Beeing Scared C/O Laurazo Threatns To Come in my Cell and Kill me!! (5) Shift Commander ON 11-7 Shift + IDOC, Pontiac C.C Are Failing To Proctect me Failure To protecture me & granteed me Saftey!!

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

WOULD LiKe TO Be TrANSFer A.S.A.P OUT OF PONTIAC C.C Or Be PLACed IN Protective CUSTODY DUE TO my Life Been IN DAnger + I FeAR For my SAFty I SCAred OF DeAth OF C/O LAurAro ESPecIAly When's he WorKS ON 11-7 ShiFT I CAN'T SLeep due TO his Threat TO Come in my Cell + Kill me I don't Joke Like that I'm very very Scared PleAse I Need TO Be SAFe Emergency TrAnsFer ASAP

**JURY DEMAND** Yes ☑ No ☐

**Signed this** OCT **day of** 1ST, ~~19~~ 2016.

*(Signature of Plaintiff)* Chris [signature]

| *Name of Plaintiff:* Christopher A Turner #407 South Mental Health | *Inmate Identification Number:* m-31629 |
|---|---|
| *Address:* South Mental Health (IDOC) Sm-407 PO Box 99 Pontiac CC Pontiac IL 61764 | *Telephone Number:* (815) 842-2816 |

Christopher [signature]
m-31629
Sm-407